# United States Court of Appeals for the Fifth Circuit

———————————

No. 23-20466
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
June 6, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Tyrec Lil Paul Williams,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CR-148-2

———————————————————————

Before Wiener, Stewart, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Tyrec Lil Paul Williams has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Williams has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-20466

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.   Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.